**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __11/27/2023_____

**LEATHER GOODS, PLASTICS,**
**HANDBAGS AND NOVELTY WORKERS'**
**UNION LOCAL 1, JOINT RETIREMENT**
**FUND,**

           **Plaintiff,**

      **-against-**

**SIBEAU HANDBAGS, INC. ET AL.**

           **Defendants.**

**23-cv-06423(ALC)**

<u>**ORDER ENTERING**</u>

<u>**DEFAULT JUDGMENT**</u>

**ANDREW L. CARTER, United States District Judge:**

On November 7, 2023, this Court granted Plaintiff's default judgment against all Defendants as to liability.  ECF No. 25.  Defendant was ordered to show cause why the Court pursuant to Fed. Rs. Civ. P. 55 should not grant damages in the amount of $770,763.30 to Plaintiffs.  ECF No. 26.  Defendant did not file a response.

Upon the Declaration of David B. Reid and Michael S. Adler in Support of Default Judgment, and the exhibits attached thereto, Plaintiffs' default judgment as to damages is hereby **GRANTED**.

**SO ORDERED.**

Dated:    **November 27, 2023**
          **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**